Michael Stephen brothers
3060 w la sierra dr.
Fresno ca 93706
PRO SE

FILED
CLERK, U.S. DISTRICT COURT
MAY 1 6 2025
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

1.                    UNITED STATES DISTRICT COURT
2.                CENTRAL DISTRICT OF CALIFORNIA
3.                       WESTERN DIVISION
4.                         LOS ANGLES
5.
6.                                Case No. 5:25-cv-01014-SRM-PD
7. MICHAEL STEPHEN BROTHERS JR.
8. Plaintiff,                     FRIST AMENDED COMPLAINT
9.            Vs.
10.
11. COUNTY OF RIVERSIDE et al.        COMPLAINT UNDER THE CIVAL
12. Defendant(s).                        42 U.S.C § 1983
13.                              DEMAND FOR JURY TRIAL
14.
15. **A. JURISDICTION.**
17.
18. Jurisdiction is invoked pursuant to 28 u.s.c § 1343(a)(3) and 42 u.s.c § 1983
19.
20. **B. Venue**.
21. Venue is proper for los angles county.
22.
23. **C. Parties**
24.
25. 1
26. Plaintiff: Michael Stephen Brothers is stating that his civil rights were violated by
27. the actions below named entities and individuals.
28.                    FRIST AMENDED COMPLAINT

2. Defendants: The county of riverside,et al.

3. Riverside university health system,: jane doe 1-3 whom plaintiff is ignorant of the

4. Factual named defendants but will identify after discovery of does as individuals

5.

6. C. FACUAL BACK ROUND.

7.

8. On the 17th, day of November,2023 at approximately 2100 hours plaintiff was

9. arrested by an unknown police department for the allegations of PC666.5(a)

10. Vehicle theft. Plaintiff was than arrested and detained at an unknown gas

11. station in an unknown city in the county of riverside. Plaintiff was handcuffed

12. and placed into a patrol vehicle and transported to COIS BYRD DETENTION

13. CENTER 30755-B AULD RD, MURRIETA, CA 92563 at approximately 1730 hours.

14. Plaintiff was than handed over to an unknown sheriff deputy at the cois byrd

15. detention center for booking process . Plaintiff was than put through an x-ray

16. machine. Plaintiff was cleared for further processing and was stripped of his

17. personal clothing completely naked. Plaintiff was given yellow county issued

18. clothing as well as socks and sandles plaintiff changed wile unknown sheriff

19. watched the complete process of the dress out. The unknown sheriff cleared

20. plaintiff and moved forward with the processing and ask plaintiff to fallow him

21. out of the x-ray room for further processing.

22.

23. D. CAUSE OF ACTION.

24.

25. COUNT 1: The fallowing civil rights have been violated: THE FOURTH,FIFTH

26. ,EIGHT AND FOURTEENTH AMENDMENT RIGHTS TO DUE PROCESS OF THE

27. LAW. ILLEGAL SEARCH AND SEIZURE, MEDICAL CARE PROTECTIONS AGAINST

28. FORCE ABUSE OF THE PRISON RAPE ELIMINATION ACT,CRUEL AND UNUSAL

FRIST AMENDED COMPLAINT 2

1. PUNISHMENT, SODOMY

2.

3. <u>SUPPORTING FACTS:</u>

4. <u>COUNT1:</u> Defendant John Doe 1 of the riverside sheriff's stopped plaintiff and

5. unknown deputy as both plaintiff and unknown deputy were exiting the x-ray

6. room defendant John Doe 1 asked plaintiff if plaintiff squatted and coughed

7. Plaintiff replied " I was cleared by the deputy to get dressed and fallow him out

8. Out the room so I'm not going to squat and cough for you". Defendant John Doe

9. 1 of the riverside sheriff got upset at the plaintiff and said " if he dose not do as

10. says your going to the hospital to get x-rayed". Plaintiff said " do what you have

11. to do" plaintiff was put in waist restraints and taken to a holding cell as plaintiff

12. was waiting to be taken to the hospital another unknown sheriff deputy opens

13. cell door and takes plaintiff to be fingerprinted. The unknown sheriff and plaintiff

14. Walked to another room and the unknown sheriff try's to finger print the plaintiff

15. But could not due to the plaintiff being in waist restraints the unknown sheriff

16. Walks the plaintiff back to the holding cell puts plaintiff back in the cell and tells

17. plaintiff to hold on wile he figures out what's going on plaintiff compiles with the

18. unknown deputy of the riverside sheriff.

19.

20. <u>COUNT 2:</u> On the 18th day of November of 2023 at approximately 100 hours

21. Plaintiff was taken out of the holding cell by defendant John Doe 2 of the

22. Riverside sheriff's defendant John Doe 2 of the riverside sheriff's walks the

23. plaintiff still in waist restraints to a patrol car out side of the jail and places

24. plaintiff in the back seat of the patrol vehicle and defendant John Doe 2 of

25. the riverside sheriff's drives the plaintiff to the RIVERSIDE UNIVERSITY HEALTH

26. SYSTEM HOSPITAL located at 26520 cactus ave Moreno Valley ca defendant

27. John Doe 2 of the riverside sheriff's parks the patrol vehicle out side of the

28. hospital and takes the plaintiff out of the vehicle and escorted plaintiff to a

FRIST AMENDED COMPLAINT 3

1.  Hospital holding tank with bed located in side the hospital

2.

3.  <u>COUNT 3:</u>  plaintiff was than approached by defendant Jane doe 1 of the

4.  riverside university health system asked plaintiff if he had used any drugs or

5.  swallowed any drugs plaintiff told the defendant Jane doe 1 of the riverside

6.  university health system plaintiff used fentanyl and meth and did not swallow

7.  anything or put anything inside him defendant Jane doe 1 of the riverside

8.  University health system asked plaintiff if plaintiff was coming down off the

9.  drugs and if plaintiff was cold plaintiff replied he was coming down off the drugs

10.  And that plaintiff was cold Jane doe 1 of the Riverside University health system,

11.  Exited the room to an unknown location, and returned with a blanket jane doe 1

12.  Of the Riverside University health system, said to plaintiff "open your mouth" she

13.  than placed what plaintiff thought to be Suboxone however, after seeing the

14.  Report (please see attached exhibit <u>A</u>). Page 3 of 10 I read I was actually given

15.  "ONDANSTERON (zofran-odt) DISINTEGRATING tablets 4 mg by the defendant

16.  jane doe 1 of the Riverside University health system plaintiff than started feeling

17.  confusion, stiffness, and in and out of consciousness (please see attached

18.  Exhibit <u>(B)</u>

19.

20.  <u>COUNT 4:</u> Plaintiff then was woken up and taken to get an x-ray and brought

21.  Back to the holding cell as plaintiff was lying on a bed plaintiff heard a female

22.  Voice saying, put your finger in his anus to see if you can pull it out. Defendant

23.  Jane doe 1 Of the Riverside University health System enters the room, and tells

24.  defendant if she can stick her fingers in plaintiffs anus, plaintiff replies "no you

25.  Do not have my consent. Plaintiff was upset by what he was just told defendant

26.  Jane doe 1 of the Riverside University health system, left the room and came

27.  to the room, where plaintiff was laying down in a medical bed, and asked

28.  plaintiff again, plaintiff said " no, you do not have my consent I will sue you and

FRIST AMENDED COMPLAINT 4

1. The hospital" defendant Jane doe 1 of the Riverside University health system
2. replied OK and left the room for a few minutes and returned later with Jane doe
3. 2 of the Riverside University health system both placed gloves on their hands
4. pull the blanket from plaintiff while plaintiff was on the medical bed plaintiff
5. was placed on his side and asked if he could pull down his pants knowing the
6. plaintiff was still in shackles and waste restraints Jane doe 1 and Jane doe 2
7. Of the Riverside University health system both started to laugh at plaintiff
8. plaintiff froze from shock of what was happening defendants Jane doe 1 and
9. Jane doe 2 of the Riverside University health system " said they have to use
10. Extra lube" unknown of who sodomized plaintiff at the time, either defendant
11. Jane doe 1 or jane doe 2 of the Riverside University health system, barely pulled
12. plaintiffs pants back up, and did not even clean or sanitize his rectal cavity of his
13. anus of any escarpments. Plaintive awoke sometime later after the rape sat up
14. on the hospital medical bed.
15.
16. <u>COUNT 5:</u>
17. Plaintiff yelled for the officer, defendant Jane doe 3 of the Riverside sheriffs
18. department who was sitting down, talking to another officer outside of the room
19. plaintiff said to Jane doe 3. Of the riverside sheriffs department plaintiff did not
20. feel good, and wanted to go back to the jail and also asked for a cup of water
21. But was denied the water. Plaintiff explain to Jane doe 3 of the riverside sheriffs
22. of the rape that just took place and wanted to go back to the jail, he was done
23. Playing their games. Defendant Jane doe 3 of the riverside sheriffs department
24. Stood at the entrance of the room, where Plaintiff was still shackled on the
25. hospital bed defendant Jane doe 3 of the riverside sheriffs department told
26. plaintiff there is a football size mass in your anus and it could be cancer the
27. Defendant Jane doe 3 of the riverside sheriffs department seen on the x-ray
28. Plaintiff again, ask for water, but was denied Jane doe 3 Of the riverside sheriff

FRIST AMENDED COMPLAINT 5

1. department told plaintiff To wait till after the CAT scan plaintiff scared of what
2. Jane doe 3 of the riverside sheriffs department set about plaintiff might have
3. cancer agreed to the CAT scan and laid back into the medical bed and past
4. Back in to sleep. A unknown nurse walked in and woke plaintive up plaintiff
5. And Jane doe 3 of the Riverside sheriffs department, and the unknown
6. nurse walked to the CAT scan room of the hospital. The CAT scan was done
7. and plaintiff was escorted back to the hospital cell. As soon as plaintive sat
8. down on hospital bed defendant Jane doe 3 of the riverside sheriffs department
9. came into the medical room and told plaintiff he was going to be taken back
10. to the jail plaintiff asked defendant Jane doe 3 of the riverside sheriffs
11. department what about the cancer? defendant Jane doe 3 of the Riverside
12. sheriffs department said it went from your anus to your stomach.
13. an unknown nurse from the Riverside, University health system walks into the
14. room to discharge plaintiff. Plaintive asks the unknown nurse if it was possible
15. For cancer to move from my anus to the stomach The unknown nurse shakes
16. her head from right to left and says no plaintive asks the unknown nurse
17. were they allowed to put their fingers in plaintiffs anus? The unknown nurse
18. Shakes her head from right to left and says no plaintiff  says thank you
19. Defendant escorted plaintiff outside of the room to a patrol vehicle in the
20. Parking lot of the riverside University health system hospital and it's taken back
21. to the cois Byrd detention center.
22. Count 6:
23. Plaintiff and defendant jane doe 3 of the riverside sheriffs Arrive at the jail
24. plaintiff is taken out of the vehicle bye defendant jane doe 3 of the riverside
25. sheriffs and escorted back to the gel x-ray room the shackles and handcuffs are
26. removed plaintiff was re-x-rayed, and then told to sit in a chair that was in the
27. back of the room, plaintiff complied defendant complied defendant 4 GROVES
28. N7072 of the riverside sheriffs department came out of a room and aggressively

FRIST AMENDED COMPLAINT 6

1. Yelled at plaintiff, sitting in the chair to remove his clothing, plaintiff said no
2. defendant 4 GROVES N7072 of the riverside sheriffs department was standing
3. in front of plaintiff  yelled at plaintiff to remove his clothing, plaintiff again said
4. no defendant GROVES N7072 said to plaintiff " If you don't take off your clothes,
5. I am going to rip them off you" plaintive replied, are you going to rape me like the
6.  the hospital just did defendant GROVES N7072 started walking towards the
7. plaintiff but was restrained by an unknown, sheriff deputy, who walked out of a
8. unknown location of the room. The unknown sheriff yelled at The defendant
9. GROVES N7072 to leave the room he was very upset and left the room the
10. plaintiff told the unknown sheriff of the rape that just took place at the hospital
11. Plaintiff asked The unknown sheriff, if he could shower, because he was not
12. cleaned from the lubricant that was left on his anus from the hospital The
13. unknown sheriff told plaintiff he could shower, but after plaintiff was to go on
14. potty watch plaintiff asked if he could call his family and let them know Plaintiff
15. What is incarcerated. The unknown, sheriff deputy agreed plaintiff washed
16. himself and plaintiff was given a paper suit to wear, and escorted to the phone
17. we're plaintiff called his family and told them of the horrific events that just took
18. Plaintiff was then escorted for potty watch he complied nothing was ever found
19. And the potty watch was complete.
20.
21. E. Previous lawsuits and administrative relief
22. 1. Have you filed other lawsuits in the state or federal courts dealing with the
23. same or similar facts involved in this case. No
24. 2. Have you exhausted all forms of informal or formal relief from the proper
25. Administrative officials regarding the acts alleged in part, C above? YES.(please
26. See attached exhibit c) I exhausted, all formal and informal remedies and all
27. Proper administrative remedies per the institutional records.
28.

FRIST AMENDED COMPLAINT 7

1. F. Prayer for relief
2. 1. Plaintiff request that the court grant the following relief: to never harm the
3. Plaintiff or violate any of his rights, and to be held accountable for their actions.
4. 2: damages, in the sum of $10,000,000.00
5. 3: punitive damages, in the sum of $10,000,000.00
6.
7. G. Demand for jury trial: plaintive demands a trial by jury.
8.
9. H. Consent to magistrate judge jurisdiction plaintive consent to magistrate judge, jurisdiction, as
   set forth above.
10.
11. I Michael brothers am verifying this complaint to be true and correct to the best of my ability
    under information and belief
12.
13. Hi Michael brothers executed this complaint on the 17th of may 2025 under the
14. Penalty and perjury
15.
16.
17.                     MICHAEL STEPHEN BROTHERS
18.                          in pro pria persona
19.                          May 14,2025
20.
21.
22.
23.
24.
25.
26.
27.
28.

FRIST AMENDED COMPLAINT 8

Exhibit A

1.
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911

Brothers, Michael S
MRN: 6429937, DOB: 5/17/1987, Sex: M
Acct #: 50002997277
Adm: 11/18/2023, D/C: 11/18/2023

ED Provider Notes signed by Ramos, Ruth Alejandra, MD at 11/20/23 2236 (continued)

## PROCEDURE DOCUMENTATION

Procedures

## EMERGENCY DEPARTMENT WORKUP

Refer to Emergency Department course for imaging and ECG interpretations. *Note: Some medications, labs, or imaging in this list may have been ordered by a consulting and/or admitting service. Any labs and/or radiographs interpreted within this note were those ordered by the Emergency Department physicians or providers. Any additional labs or radiographs noted in the orders are interpreted by the consulting service(s).*

**ORDERS:**
Orders Placed This Encounter
Procedures
- XR Pelvis Ap Only

**MEDICATIONS AND/OR FLUIDS GIVEN IN ED:**
Medications
ondansetron (ZOFRAN-ODT) disintegrating tablet 4 mg (has no administration in time range)

**EMERGENCY DEPARTMENT COURSE:**
ED Course as of 11/18/23 1035
Sat Nov 18, 2023

| | |
|---|---|
| 0510 | Patient recently incarcerated. Their scan was suspicious for a rectal foreign body. Patient is adamant he does not have any rectal foreign body. States he has been using fentanyl and methamphetamines for the past year. Last use about 2-3 hours ago before being incarcerated. Denies any rectal pain, abdominal pain, nausea, vomiting, fevers, chills, chest pain, or shortness of breath. [SB] |
| 0900 | CTAP negative for foreign body. Nontachycardic, no acute distress at this time. Medically cleared by ED. [JT] |

ED Course User Index
[JT] Tom, Jonathan, DO
[SB] Bang, Sunny, MD

**RE-ASSESSMENT:** See Emergency Department course for further details. Patient remained without acute distress and hemodynamically stable, with no acute events during Emergency Department stay.

Exhibit C

1.
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.



OFFICE OF THE
**CLERK OF THE BOARD OF SUPERVISORS**
1st FLOOR, COUNTY ADMINISTRATIVE CENTER
P.O. BOX 1147, 4080 LEMON STREET
RIVERSIDE, CA 92502-1147
PHONE: (951) 955-1060    FAX: (951) 955-1071

**KIMBERLY A. RECTOR**
Clerk of the Board of Supervisors

**APRIL BOYDD**
Assistant Clerk of the Board

January 18, 2024

MICHAEL BROTHERS (BOOKING #202347288)
30755 B-AULD ROAD
MURRIETA, CA 92563

RE: NOTICE OF REJECTION OF AMENDED CLAIM
Claimant(s):                              BROTHERS, Michael
Date of Loss:                            11/18/2023
Claim No:                                732-23
Date Claim Received:                     12/18/2023
Date Amended Claim Received: 01/09/2024

Notice is hereby given that the Board of Supervisors has considered your claim, as amended, and rejected it on January 18, 2024.

<u>WARNING</u>

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. See Government Code section 945.6.

You may seek the advice of any attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

This warning, and the six-month deadline, only apply to the extent a lawsuit would be based on California law, and do not apply to the extent a lawsuit would be based on federal law.

Kimberly A. Rector
Clerk to the Board of Supervisors

By: _____
Joseph Sheinin, Clerk of the Board Assistant

I declare that my business address is 1st Floor, County Administrative Center, 4080 Lemon Street, Riverside California, that I am a citizen of the United States of America, employed by the County of Riverside and am not a party to the action. On the date stated below I mailed the foregoing notice by depositing a copy thereof in the outgoing mail at Riverside, California, in a sealed envelope, with postage prepaid, addressed to the person(s) listed above. I declare under penalty of perjury that the foregoing is true and correct.

Executed at Riverside, California on January 18, 2024.

_____
Joseph Sheinin, Clerk of the Board Assistant
GL098

cc: RM: 202341149



# RIVERSIDE COUNTY SHERIFF'S OFFICE
## CHAD BIANCO, SHERIFF

**To:** Brothers, Michael #202347288

**From:** C.Lt. Lemons N3506

**Date:** 12/15/2023

**RE:** Appeal to Inmate Greivance Form dated 12/13/2023

---

This memorandum is regarding an appeal you filed for an Inmate Grievance Form you submitted on 12/13/2023. In your grievance, you stated on 11/18/2023, you were "raped & sodimized under the arrest of the Sheriff with the assistance of the staff at Moreno Valley Hospital."

On 12/11/2023, C. Sgt. Pecoraro spoke with you and advised there was an active investigation regarding your claim (rpt # SC233270001).

On 12/14/2023, C. Sgt. Caverley spoke with you and reaffirmed the same information as C. Sgt. Pecoraro from three days prior. You understood the information, but wished to continue the appeal.

Now, I am advising you of the same information. There is an active investigation to your claim. As soon as the investigation is completed, you will be advised. I'm sure you wish to have the investigators conduct a complete and thorough investigation and not make sacrifices in order to speed up the timeframe. Please allow the investigators time to complete an accurate, thorough, and professional investigation.

In closing, I believe you are fully aware of the process, but still continue to appeal the time in which this investigation is being completed. I consider this matter closed. The Sheriff's Department strives to provide the inmates within our custody with the rights and services they are afforded. It is our continued goal to maintain a professional relationship with those incarcerated within the jail.

If you have any questions or concerns, feel free to forward your correspondence to me.

Respectfully,

C. Lt. Lemons N3506



December 30, 2024

Mr. Michael Brothers
BX0090M-1-77LOW
3000 W Cecil Ave
Delano, CA 93215

Dear Mr. Brothers:

This letter is in response to the grievance your fiancé Bridgett submitted regarding your November 18, 2024 visit to the Emergency Department (ED). We at Riverside University Health System (RUHS) want to ensure that our patients receive a high quality of care and that they and their family are satisfied with the services provided. For this reason, the concerns were forwarded to the Executive Director of Nursing Administration, Chief Clinical Integration Officer, and Director of Nursing of the ED for further evaluation.

The Leadership reviewed your concerns regarding the allegation you reported involving inappropriate conduct by staff. We take this type of allegation very seriously and commenced immediate investigative procedures.

The RUHS investigation is complete and appropriate action was taken as deemed necessary by Leadership. Although we are not at liberty to provide details of the action taken, please be assured that RUHS followed the State and Federal laws governing patient care and safety. I anticipate that this communication is responsive to your concerns regarding your care and treatment at RUHS.

We regret you encountered a negative experience and appreciate you bringing this matter to our attention. It is only with the input of our patients and their family that we may continue to improve on the quality of patient care and customer service at RUHS. If I may be of further assistance, please feel free to contact me.

Sincerely,

Christina M
Patient Advocate Office
(951) 486-4313

NOTE: If you are a Medi-Cal beneficiary, and you wish to appeal an unresolved complaint, you may write to: Contract Officer, Medi-Cal Operations Division, The California Department of Public Health, 714 "P" Street, Room 1540, Sacramento, California 95814.

There is only one authority in the state that may take disciplinary action against a provider's license. If you wish to pursue this matter you may contact: The Medical Board of California, 2005 Evergreen Street, Suite 1200, Sacramento, CA 95815, (800) 633-2322, fax (916) 263-2435.

26520 Cactus Avenue

Exhibit B

1.
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.

Applies to: fentaNYL and Zofran (ondansetron)

Using ondansetron together with fentaNYL can increase the risk of a rare but serious condition called the serotonin syndrome, which may include symptoms such as confusion, hallucination, seizure, extreme changes in blood pressure, increased heart rate, fever, excessive sweating, shivering or shaking, blurred vision, muscle spasm or stiffness, tremor, incoordination, stomach cramp, nausea, vomiting, and diarrhea. Severe cases may result in coma and even death. You should seek immediate medical attention if you experience these symptoms while taking the medications. Talk to your doctor if you have any questions or concerns. Your doctor may already be aware of the risks, but has determined that this is the best course of treatment for you and has taken appropriate precautions and is monitoring you closely for any potential complications. It is important to tell your doctor

1.  Exhibit C
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.



OFFICE OF THE
**CLERK OF THE BOARD OF SUPERVISORS**
1st FLOOR, COUNTY ADMINISTRATIVE CENTER
P.O. BOX 1147, 4080 LEMON STREET
RIVERSIDE, CA 92502-1147
PHONE: (951) 955-1060    FAX: (951) 955-1071

**KIMBERLY A. RECTOR**
Clerk of the Board of Supervisors

**APRIL BOYDD**
Assistant Clerk of the Board

January 18, 2024

MICHAEL BROTHERS (BOOKING #202347288)
30755 B-AULD ROAD
MURRIETA, CA 92563

RE: NOTICE OF REJECTION OF AMENDED CLAIM
Claimant(s):                          BROTHERS, Michael
Date of Loss:                         11/18/2023
Claim No:                             732-23
Date Claim Received:                  12/18/2023
Date Amended Claim Received: 01/09/2024

Notice is hereby given that the Board of Supervisors has considered your claim, as amended, and rejected it on January 18, 2024.

## WARNING

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. See Government Code section 945.6.

You may seek the advice of any attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

This warning, and the six-month deadline, only apply to the extent a lawsuit would be based on California law, and do not apply to the extent a lawsuit would be based on federal law.

Kimberly A. Rector
Clerk to the Board of Supervisors

By: _Joseph S———_
Joseph Sheinin, Clerk of the Board Assistant

I declare that my business address is 1st Floor, County Administrative Center, 4080 Lemon Street, Riverside California, that I am a citizen of the United States of America, employed by the County of Riverside and am not a party to the action. On the date stated below I mailed the foregoing notice by depositing a copy thereof in the outgoing mail at Riverside, California, in a sealed envelope, with postage prepaid, addressed to the person(s) listed above. I declare under penalty of perjury that the foregoing is true and correct.

Executed at Riverside, California on January 18, 2024.

_Joseph S———_
Joseph Sheinin, Clerk of the Board Assistant
GL098

cc: RM: 202341149



**RIVERSIDE COUNTY SHERIFF'S OFFICE**
**CHAD BIANCO, SHERIFF**

**To:** Brothers, Michael #202347288

**From:** C.Lt. Lemons N3506

**Date:** 12/15/2023

**RE:** Appeal to Inmate Greivance Form dated 12/13/2023

This memorandum is regarding an appeal you filed for an Inmate Grievance Form you submitted on 12/13/2023. In your grievance, you stated on 11/18/2023, you were "raped & sodimized under the arrest of the Sheriff with the assistance of the staff at Moreno Valley Hospital."

On 12/11/2023, C. Sgt. Pecoraro spoke with you and advised there was an active investigation regarding your claim (rpt # SC233270001).

On 12/14/2023, C. Sgt. Caverley spoke with you and reaffirmed the same information as C. Sgt. Pecoraro from three days prior. You understood the information, but wished to continue the appeal.

Now, I am advising you of the same information. There is an active investigation to your claim. As soon as the investigation is completed, you will be advised. I'm sure you wish to have the investigators conduct a complete and thorough investigation and not make sacrifices in order to speed up the timeframe. Please allow the investigators time to complete an accurate, thorough, and professional investigation.

In closing, I believe you are fully aware of the process, but still continue to appeal the time in which this investigation is being completed. I consider this matter closed. The Sheriff's Department strives to provide the inmates within our custody with the rights and services they are afforded. It is our continued goal to maintain a professional relationship with those incarcerated within the jail.

If you have any questions or concerns, feel free to forward your correspondence to me.

Respectfully,

C. Lt. Lemons N3506



**Riverside University HEALTH SYSTEM**

December 30, 2024

Mr. Michael Brothers
BX0090M-1-77LOW
3000 W Cecil Ave
Delano, CA  93215

Dear Mr. Brothers:

This letter is in response to the grievance your fiancé Bridgett submitted regarding your November 18, 2024 visit to the Emergency Department (ED).  We at Riverside University Health System (RUHS) want to ensure that our patients receive a high quality of care and that they and their family are satisfied with the services provided.  For this reason, the concerns were forwarded to the Executive Director of Nursing Administration, Chief Clinical Integration Officer, and Director of Nursing of the ED for further evaluation.

The Leadership reviewed your concerns regarding the allegation you reported involving inappropriate conduct by staff.  We take this type of allegation very seriously and commenced immediate investigative procedures.

The RUHS investigation is complete and appropriate action was taken as deemed necessary by Leadership.  Although we are not at liberty to provide details of the action taken, please be assured that RUHS followed the State and Federal laws governing patient care and safety.  I anticipate that this communication is responsive to your concerns regarding your care and treatment at RUHS.

We regret you encountered a negative experience and appreciate you bringing this matter to our attention.  It is only with the input of our patients and their family that we may continue to improve on the quality of patient care and customer service at RUHS.  If I may be of further assistance, please feel free to contact me.

Sincerely,

Christina M
Patient Advocate Office
(951) 486-4313

NOTE:  If you are a Medi-Cal beneficiary, and you wish to appeal an unresolved complaint, you may write to:  Contract Officer, Medi-Cal Operations Division, The California Department of Public Health, 714 "P" Street, Room 1540, Sacramento, California 95814.

There is only one authority in the state that may take disciplinary action against a provider's license.  If you wish to pursue this matter you may contact:  The Medical Board of California, 2005 Evergreen Street, Suite 1200, Sacramento, CA 95815, (800) 633-2322, fax (916) 263-2435.

26520 Cactus Avenue, Moreno Valley, CA  92555  /  951-486-4000  /  RUHealth.org



PRIORITY OVERNIGHT
787-1001

ORIGIN ID:TRMA    (559) 846-4001
BRIGETT BROTHERS
BRIGETT BROTHERS
15081 W. WHITESBRIDGE

KERMAN, CA 93630
UNITED STATES US

SHIP DATE: 15MAY25
ACTWGT: 0.86 LB
CAD: 263849860/FWPI2208

BILL SENDER

TO  WESTERN DIVISION
WESTERN DIVISION
255 EAST TEMPLE ST. SUITE TS-134
CLERK US DIST. COURT
LOS ANGELES CA 90012

FedEx
Express
E

TRK#  8812 6858 0020    FRI - 16 MAY 10:30A
PRIORITY OVERNIGHT

WZ EMTA                    90012
CA-US  LAX

RECEIVED
CLERK U.S. DISTRICT COURT

MAY 16 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY



Scan to learn how we
can help make Earth
a priority together.

Made from **100%**
recycled paperboard

Please recycle. See how we are connecting the world in responsible
and resourceful ways at **fedex.com/sustainability**. Recycling options
may vary by location.

PAP 21

© 2023 FedEx 155475/155476 REV 11/23

Check your FedEx Express shipping document, the current FedEx Service
Guide, or the conditions of carriage for complete terms, conditions, and
limits of liability.

You can help us get your package safely to its destination by packing your
items securely. Need help? Go to **fedex.com/packaging** for packing tips.

**This envelope is only for FedEx Express® shipments.**



◄ Insert shipping
document here.

07/24/24 13:50