UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 5:25-cv-01014-SRM-PD　　　　　　　Date: November 21, 2025

Title　　*Michael Stephen Brothers Jr. v. County of Riverside, et al.*

Present: The Honorable:　　Patricia Donahue, U.S. Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):　　Order to Show Cause Re: Dismissal**

　　On June 2, 2025, Plaintiff filed a Second Amended Complaint ("SAC") against the County of Riverside ("County"), Riverside University Health System ("Riverside Health"), and Jane Does 1 through 3, alleging claims for (1) unreasonable search and seizure (Fourth Amendment and 42 U.S.C. § 1983); (2) cruel and unusual punishment (Eighth Amendment and 42 U.S.C. § 1983); (3) violation of due process (Fifth Amendment, Fourteenth Amendment, and 42 U.S.C. § 1983); and (4) sodomy. Dkt. No. 12 at 1, 2. Plaintiff sought monetary and punitive damages. *Id*. at 7.

　　On September 24, 2025, the Court screened the SAC pursuant to 28 U.S.C. § 1915A(a)-(b)(1) and dismissed the SAC for: (1) failing to adhere to Rule 8 of the Federal Rules of Civil Procedure; (2) failing to state a Section 1983 claim against Defendants County and Riverside Health; (3) failing to state a claim against the Nurse Defendants; and (4) failing to state a claim under the Fourth, Fifth, Eighth, or Fourteenth Amendments against the Sheriff Defendants. Dkt. No. 25. The Order granted Plaintiff leave to file a Third Amended Complaint by October 24, 2025. *Id*. The deadline for filing Plaintiff's Third Amended Complaint has passed, and Plaintiff has neither filed his Third Amended Complaint nor communicated with the Court about his case since July 3, 2025. Dkt. No. 24.

　　Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:25-cv-01014-SRM-PD            Date: November 21, 2025

Title     *Michael Stephen Brothers Jr. v. County of Riverside, et al.*

or to comply with these rules or a court order." Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to timely comply with the Court's September 24, 2025 Order.

However, in the interests of justice, **Plaintiff is ORDERED TO SHOW CAUSE on or before December 9, 2025**, why the Court should not recommend that this action be dismissed for failure to prosecute.

Plaintiff may discharge this Order by filing:

(1) a request setting forth good cause for an extension of time to file a Third Amended Complaint and a declaration signed under penalty of perjury, explaining why he failed to comply with the Court's September 24, 2025 Order; or
(2) a Third Amended Complaint.

Alternatively, if Plaintiff does not wish to pursue this action, he may file a signed document entitled "Notice of Voluntary Dismissal" pursuant to Rule 41(a)(1)(A). **The Clerk is directed to provide Plaintiff with a Form CV-09 Notice of Dismissal.**

Plaintiff is advised that the failure to timely comply with this order may result in the dismissal of this case pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41-1.

**IT IS SO ORDERED**.


Attachments:
--Central District of California Civil Rights Complaint Form (CV-66)
-- Notice of Voluntary Dismissal (CV-09)